UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

NO. 15-3558

Mark Moore,
          Plaintiff – Appellant,

Michael Harrod; William Chris Johnson,
          Plaintiffs,
  v.

Mark Martin, in his official capacity as Secretary
of State for the State of Arkansas,
          Defendant – Appellee.

## VERIFICATION OF TRANSCRIPT ORDER

Pursuant to FRAP 10(b), Mark Moore, who is the Plaintiff – Appellant, by and through his counsel of record, James C. Linger, makes the following verification of the ordering of a transcript needed for the appeal and that satisfactory arrangements have been made for payment thereof:

1. A transcript request was made to the reporter, Karen J. Baker, on November 19, 2015, for a transcript of the following proceeding: hearing on summary judgment motions of July 27, 2015;

2. Satisfactory arrangements have been made for payment as to the aforesaid transcript order with reporter, Karen J. Baker.

          /s/ James C. Linger
          James C. Linger, OBA#5441
          1710 South Boston Avenue
          Tulsa, OK 74119-4810
          (918) 585-2797 Telephone
          (918) 583-8283 Facsimile
          bostonbarristers@tulsacoxmail.com
          *Counsel for Plaintiff – Appellant*

CERTIFICATE OF ELECTRONIC SERVICE

[X]     I hereby certify that on November 21, 2015, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

[ ]     I further certify that some of the participants in the case are not CM/ECF users.  I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants:

/s/ James C. Linger

2