UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

NO. 15-3558

Mark Moore,

        Plaintiff – Appellant,

Michael Harrod; William Chris Johnson,

        Plaintiffs,

  v.

Mark Martin, in his official capacity as Secretary
of State for the State of Arkansas,

        Defendant – Appellee.

<u>**METHOD OF APPENDIX PREPARATION NOTIFICATION**</u>

    Pursuant to FRAP 30(a) and (b) and 8th Cir. R. 30A(b), Mark Moore, Plaintiff – Appellant, by and through his counsel of record, James C. Linger, makes the following notification of the method of appendix preparation selected for the case: Joint Appendix.

    Counsel for Plaintiff – Appellant has conferred with Counsel for Defendant - Appellee, A.J. Kelly, on November 19, 2015, and they have agreed that the method for appendix preparation will be a joint appendix, pursuant to FRAP 30(a) and (b) and 8th Cir. R. 30A(b)(2).

                                        /s/ James C. Linger
                                        James C. Linger, OBA#5441
                                        1710 South Boston Avenue
                                        Tulsa, OK 74119-4810
                                        (918) 585-2797 Telephone
                                        (918) 583-8283 Facsimile
                                        bostonbarristers@tulsacoxmail.com
                                        *Counsel for Plaintiff – Appellant*

CERTIFICATE OF ELECTRONIC SERVICE

[X]   I hereby certify that on November 21, 2015, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

[ ]   I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants:

/s/ James C. Linger