# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No. 15-3558

Mark Moore,
     Plaintiff – Appellant,

Michael Harrod; William Chris Johnson,
     Plaintiffs,
 v.

Mark Martin, in his official capacity as
Secretary of State for the State of Arkansas,
     Defendant – Appellee.

## DESIGNATION AND STATEMENT OF ISSUES

Case Name: <u>Mark Moore v. Mark Martin, etc.</u>

Appeal No.: <u>15-3558</u>

Court/Agency Appeal From: <u>United States District Court for the Eastern District of Arkansas, Western Division</u>

Court/Agency Docket No.: <u>4:14-cv-00065-JM</u>  District Judge: <u>James M. Moody, Jr.</u>

Party or Parties filing Notice of Appeal/Petition: <u>Mark Moore, Plaintiff – Appellant</u>

_____

  Plaintiff – Appellant designates the following portions of the record on appeal to be printed as an appendix to the briefs, as provided by Rule 30 of the Federal Rules of Appellate Procedure. The numbers used in this designation refer to the numbers affixed to the documents by the clerk of the district court.

  1. Complaint, filed February 6, 2014.

6. Motion to Dismiss and Alternative Motion for More Definite Statement by Defendant, filed April 7, 2014.

8. Response in Opposition to Motion to Dismiss and Motion for More Definite Statement by Plaintiffs, filed April 15, 2014.

13. Order Denying Defendant's Motion to Dismiss, filed August 4, 2014.

14. Answer, filed August 14, 2014.

16. Motion for Summary Judgment by Defendant, filed November 26, 2014.

18. Statement of Material Facts Not in Dispute by Defendant, filed November 26, 2014.

22. Statement of Facts by Plaintiff, with Plaintiff's Exhibit 1, Affidavit of Richard Winger, and Plaintiff's Exhibit 4, Affidavit of Mark Moore, filed December 29, 2014.

23. Reply to Response to Motion for Summary Judgment by Defendant, filed January 12, 2015.

24. Joint Stipulation of Partial Dismissal as to Plaintiff William Chris Johnson only, filed May 12, 2015.

28. Motion for Summary Judgment by Plaintiffs, filed May 13, 2015.

29. Statement of Facts by Plaintiffs, filed May 13, 2015.

31. Response to Motion for Summary Judgment by Defendant, filed May 27, 2015.

33. Statement of Facts in support of Response to Motion for Summary Judgment, filed by Defendant, filed May 27, 2015.

34. Responses and Objections re Statement of Facts by Defendant, filed May 27, 2015.

37. Order granting Defendant's Motion for Summary Judgment, Denying Plaintiffs' Motion for Summary Judgment, filed August 25, 2015.

38. Judgment in favor of the Defendant, filed August 25, 2015.

39. Motion to Alter Judgment, Motion for Reconsideration and Alter or Amend Order and Judgment by Plaintiffs, filed September 22, 2015.

41. Response to Plaintiffs' Motion to Reconsider and Alter or Amend Order and Judgment by Defendant, filed October 2, 2015.

43. Order Denying Plaintiffs' Motion to Reconsider and Alter or Amend Judgment, filed October 7, 2015.

45. Amended Notice of Appeal as to Notice of Appeal, Order on Motion for Summary Judgment, Order on Motion to Alter Judgment, Order on Motion for Reconsideration, and Judgment by Plaintiff Mark Moore, *Correction*, filed November 6, 2015.

Also, the transcript of the hearing on the motions for summary judgment of July 27, 2015, has been ordered.

Plaintiff-Appellant further states that the issues he intends to present for review are as follows:

1. Whether the March 1 petition deadline requirement for independent candidates in Arkansas of Ark. Code Ann., §§ 7-7-103 and 7-7-203(c)(1) is unconstitutional under the authority of previous decisions decided by the District Court.

2. Whether the March 1 petition deadline requirement for independent candidates in Arkansas of Ark. Code Ann., §§ 7-7-103 and 7-7-203(c)(1) is unconstitutional because it is too far removed from the preferential primary, primary runoff, and general elections in Arkansas and is not necessary to serve any compelling state interest in violation of Plaintiff's rights under the First and Fourteenth Amendments to the United States Constitution and Title 42, United States Code, § 1983.

Please take notice that within 10 days from service of Appellant's designation, you must serve upon the undersigned a designation of any additional portions of the record which you deem necessary to include in the appendix.

Dated: November 23, 2015.

/s/ James C. Linger
James C. Linger, OBA#5441
1710 South Boston Avenue
Tulsa, OK 74119-4810
(918) 585-2797 Telephone
(918) 583-8283 Facsimile
bostonbarristers@tulsacoxmail.com
*Counsel for Plaintiff – Appellant*

## CERTIFICATE OF ELECTRONIC SERVICE

[X]  I hereby certify that on November 23, 2015, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

[ ]  I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants:

/s/ James C. Linger
James C. Linger