# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 15-3558

Mark Moore

Appellant

Michael Harrod and William C. Johnson

v.

Mark Martin, in his official capacity as Secretary of State for the State of Arkansas

Appellee

___

Appeal from U.S. District Court for the Eastern District of Arkansas - Little Rock
(4:14-cv-00065-JM)

___

**MANDATE**

In accordance with the opinion and judgment of 04/26/2017, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

May 17, 2017

Clerk, U.S. Court of Appeals, Eighth Circuit