# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 15-3558

Mark Moore

Appellant

Michael Harrod and William C. Johnson

v.

Mark Martin, in his official capacity as Secretary of State for the State of Arkansas

Appellee

___

Appeal from U.S. District Court for the Eastern District of Arkansas - Little Rock
(4:14-cv-00065-JM)

___

**ORDER**

The motion to recall the mandate is denied.

July 11, 2017

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans